# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand and twenty four,

| | |
|---|---|
| JEANNE BELLINO,<br><br>   Appellant,<br><br>-against-<br><br><br>STEVEN VICTOR TALLARICO a/k/a STEVEN TYLER,<br><br>   Appellee. | Case No.: 24-1885<br><br>**STIPULATION OF DISMISSAL OF APPEAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the respective parties hereto, that pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiff Jeanne Bellino's appeal designated as Court of Appeals Docket #: 24-1885 is voluntarily dismissed and withdrawn with prejudice without cost and without attorneys' fees.

Dated: October 2, 2024
New York, New York

_____    _____
Nahid A. Shaikh             Corrine Anetra Irish
**JEFF ANDERSON & ASSOCIATES, P.A.**   **SQUIRE PATTON BOGGS LLP**
363 7th Ave., 12th Floor         1120 Avenue of the Americas, 13th floor
New York, NY 10001          New York, NY 10036
Telephone: (646) 759-2551        Telephone: (212) 872-9823
Email: *Nahid@AndersonAdvocates.com*

                     Email: *corrine.irish@squirepb.com*
*Counsel for Appellant*            *Counsel for Appellee*